Hope H. Harris
84 Huntville Road
Katonah, NY 10536

January 29, 2016

Hon. Vincent L. Briccetti
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   *H.B. et al. v. Byram Hills Central School District et al.* (15 cv 5742*)(*VB)
      Attorney Removal

Your Honor:

As an associate at the Law Office of Peter D. Hoffman, P.C., I was one of the attorneys for the Plaintiffs in the above-referenced case. I am writing to notify the Court that I am not longer an associate of the Law Office of Peter D. Hoffman, P.C. Accordingly, I respectfully request to be removed as counsel from the following case: *H.B. et al. v. Byram Hills Central School District et al.* (15 cv 5742*)(*VB). The Law Office of Peter D. Hoffman, P.C. and Peter D. Hoffman, Esq. continue to represent Plaintiffs. Thank you.

Sincerely,

_____
Hope H. Harris (HH-2423)
(914) 260-9376
hopeharris18@gmail.com